IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALBERT PICKETT, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05cv215 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| JIM HUMBERT, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on July 19, 2005(Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 5, 2005, hereby ADOPTS said Report and Recommendations.

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** with prejudice for lack of prosecution.

The Court certify pursuant to 28 U.S.C. § 1915(a)(3) that for the foregoing reasons an appeal of this Court's Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge